IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Holliday, Howard | Case Number: 05 B 46304 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 6/24/08 | Filed: 10/7/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: May 14, 2008
Confirmed: December 21, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,237.00 | |
| Secured: | | 6,595.04 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,159.20 |
| Trustee Fee: | | 482.76 |
| Other Funds: | | 0.00 |
| Totals: | 9,237.00 | 9,237.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,159.20 | 2,159.20 |
| 2. | Credit Acceptance Corp | Secured | 10,416.52 | 6,595.04 |
| 3. | Jefferson Capital | Unsecured | 101.04 | 0.00 |
| 4. | City Of Chicago Dept Of Revenue | Unsecured | 860.20 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,624.91 | 0.00 |
| 6. | Credit Acceptance Corp | Unsecured | 88.52 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 49.07 | 0.00 |
| 8. | B-Line LLC | Unsecured | 234.05 | 0.00 |
| 9. | Devon Financial Services Inc | Unsecured | 25.06 | 0.00 |
| 10. | State Of Mississippi | Priority | | No Claim Filed |
| 11. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| | | | $ 15,558.57 | $ 8,754.24 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 180.82 |
| 5% | 71.92 |
| 4.8% | 108.51 |
| 5.4% | 121.51 |
| | $ 482.76 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Holliday, Howard

Printed: 6/24/08

Case Number: 05 B 46304
Judge: Squires, John H
Filed: 10/7/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

